# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:24-M -01978(1) |
| | § |
| (1) Dawn-Marie Reeves | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 09, 2024** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title     **8**     United States Code, Section(s)     **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **Border Patrol Agent, KAUTENBERGER, SHANE** and that this complaint is based on the following facts: *"On July 9, 2024 at the Border Patrol Check Point on Highway 57, near Eagle Pass, TX within the Western District of Texas, Dawn-Marie Reeves was arrested for transporting one illegal alien. During an immigration inspection agents thought the defendants claimed route of travel was odd so they asked her to open her trunk. Reeves complied and one illegal alien was*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ KAUTENBERGER, SHANE
Signature of Complainant
KAUTENBERGER, SHANE
Border Patrol Agent

07/12/2024                                    at     DEL RIO, Texas
File Date                                            City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE               Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.   Case Number: DR:24-M -01978(1)

(1) Dawn-Marie Reeves

**Continuation of Statement of Facts:**

found inside of the trunk compartment. Post Miranda rights Reeves gave a statement that she picked up the illegal alien at a gas station. Reeves gave brief access to her phone as she was telling agents that she was in contact with a facilitator on Instagram. The illegal alien gave a statement that he received a picture of a vehicle that was supposed to pick him up. Then a car that looked like the photo came to his location and the driver used Google Translate to talk to him. Marijuana was found in the center console."

_____
Signature of Judicial Officer

/s/ KAUTENBERGER, SHANE
_____
Signature of Complainant